IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. | CASE NO.: 1:24-cr-84-SA-DAS |
| KYLEN INGRAM | DEFENDANT |

## ORDER GRANTING MOTION TO REVOKE PRETRIAL RELEASE

The defendant, Kylen Ingram, having appeared this day before the undersigned for a bond violation hearing, and having considered the testimony from the counselors, and it appearing to the court that there is sufficient evidence to prove that the defendant violated one or more conditions of release that complies with his conditions of pretrial supervision and is likely to do so again unless detained; therefore, the Motion to Revoke Pretrial Release is hereby **granted**. It is therefore

**ORDERED:**

That the defendant's bond be revoked, and that the defendant be detained pending sentencing hearing in this matter. Defendant is hereby remanded to the United States Marshal Service.

**THIS,** the 14th day of February 2025.

_____
UNITED STATES MAGISTRATE JUDGE